UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MIGUEL RODRIGUEZ-PONCE, | No. 2:15-cv-2308 GGH P |
| Petitioner, | |
| v. | ORDER |
| SUZANNE M. PEERY, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

This action was transferred to this court by the Court of Appeals for the Ninth Circuit on November 3, 2015. The application attacks a conviction issued by the Contra Costa Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Contra Costa County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis or any of his other motions; and

////

1

1       2. This matter is transferred to the United States District Court for the Northern District of
2  California.
3  Dated: December 21, 2015
4  <u>/s/ Gregory G. Hollows</u>
5  UNITED STATES MAGISTRATE JUDGE

9  GGH:076/rodr2308.108